UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

**CIVIL MINUTES – GENERAL**

| Case No. | CV 24-07541-MRA (AGRx) | Date | October 21, 2025 |
|---|---|---|---|
| Title | Valerie Pouza v. Vubiquity, Inc., et al | | |

Present: The Honorable   MONICA RAMIREZ ALMADANI, UNITED STATES DISTRICT JUDGE

| Melissa H. Kunig | None Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) ORDER STAYING ACTION PENDING FINAL SETTLEMENT AND REMOVING CASE FROM ACTIVE CASELOAD

Having been advised by counsel that the above-entitled case has been settled (Dkt. 47, Status Report), the Court hereby orders all proceedings in the case stayed and taken off calendar, thereby removing this case from the Court's active caseload. The parties shall file a Stipulation of Dismissal within **45** days (the "Dismissal Date") of this order. If no dismissal is filed, the Court deems the matter dismissed at that time.

The Court retains jurisdiction for **45** days to vacate this order and reopen the case upon a written showing of good cause that the settlement has not been completed.

Any outstanding Orders to Show Cause are discharged.

**IT IS SO ORDERED.**

                                                                                        -   :   -

Initials of Deputy Clerk       mku